January 30, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00059-CV

ROY ERIKSEN, Appellant

V.

JANE NELSON, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF TEXAS, Appellee

This cause, an appeal from the judgment in favor of appellee, Jane Nelson, in her official capacity as Secretary of State of the State of Texas, signed August 8, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Roy Eriksen, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 30, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Field